## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | |
| ) | 8:06CR231 |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | ORDER |
| ) | |
| MICHAEL B. WRIGHT,   ) | |
| ) | |
| Defendant.   ) | |

This matter is before the court on the motion of Steven S. Chase, CJA, to withdraw as counsel for the defendant, Michael B. Wright [38].  For good cause shown, the motion will be granted and the court will appoint substitute counsel, Paul M. Gnabasik.

Because the defendant is scheduled to be sentenced on November 6, 2006, the court will follow the current procedure of payment to CJA counsel and will deny Mr. Chase's Motion for Early Payment [39].

**IT IS ORDERED:**

1. The Motion to Withdraw [38] is granted.  Steven S. Chase shall be deemed withdrawn as attorney of record and shall forthwith provide Paul Gnabasik with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Chase which are material to the defendant's defense.

2. **Paul M. Gnabasik** is appointed as attorney of record for the above-named defendant pursuant to 18 U.S.C. §3006A(f).

3. To facilitate this appointment, the Federal Public Defender's Office shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.  **The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.**

4. The Motion for Early Payment [39] is denied.

**DATED October 6, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**